

ORDERED in the Southern District of Florida on December 3, 2014.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
**ANTHONY RAYMOND MAGGIO**                    Case Number: 14-33637-BKC-LMI
                                              Chapter 7
    Debtor.
_____/

### ORDER GRANTING AGREED EX-PARTE MOTION FOR RELIEF FROM STAY REGARDING DIVORCE PROCEEDING

**THIS CAUSE** came for consideration on the Movant, *Agreed Ex-Parte Motion for Relief from Stay Regarding Divorce Proceeding* and the Court reviewing the file and noting the agreement of the parties it is:

**ORDERED AND ADJUDGED** that:

**Page 2.**  *In re Maggio, Anthony Raymond*
 Case No. 14-33637-BKC-LMI

1. The *Agreed Ex-Parte Motion for Relief from Stay Regarding Divorce Proceeding* is **GRANTED**.

2. Relief from stay is granted so the Debtor and Movant may proceed with the divorce proceedings pending in Mobile County Alabama – *In Re: The Marriage of Anthony Raymond Maggio vs. Charlotte Lynn Maggio*, Case No. DR-2013-901294.00-C.

3. The State Court court handling the divorce proceedings may proceed to issue judgments and orders concerning (i) child custody, (ii) support, and (iii) the division of exempt property.

# # #