UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                    Case No.: 14-33637-BKC-LMI
                                                                                            Chapter 7
**ANTHONY RAYMOND MAGGIO**
SS# XXX-XX-4797

      Debtors.
_____/

**TRUSTEE, JOEL L. TABAS' MOTION TO
COMPEL TURNOVER OF DOCUMENTS FROM DEBTOR**

      Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Anthony Raymond Maggio (the "Trustee"), through counsel and pursuant to 11 U.S.C. §§ 521, 541, and 542, files his Motion to Compel Turnover of Documents From Debtor (the "Motion to Compel"), and in support thereof, states as follows:

### I. Background

      1.    This case was commenced on October 24, 2014 (the "Petition Date") with the filing of a voluntary Chapter 7 bankruptcy petition by the Debtor Anthony Raymond Maggio (the "Debtor"). Subsequently, Joel L. Tabas was appointed as Chapter 7 trustee of the Debtors' bankruptcy estate (the "Estate").

      2.    The § 341 Meeting of Creditors (the "341 Meeting") was held on December 1, 2014.

      3.    On December 10, 2014, the Trustee through counsel filed a Notice of Taking Rule 2004 Examination *Duces Tecum* of the Debtor to be held on December 29, 2014 (the "2004 Exam"). The 2004 Exam requested turnover of documents on or before December 24, 2014.

4.  By e-mail dated December 23, 2014, counsel for the Debtor requested an extension of time to turn over the documents requested in the 2004 Exam (the "Document Request"), counsel for the Trustee agreed to the extension.

5.  To date the Debtor has not produced the documents requested.

6.  The information and documentation sought in the Document Request is property of the Estate pursuant to 11 U.S.C. § 541, and subject to turnover pursuant to 11 U.S.C. § 542.

7.  Moreover, 11 U.S.C. § 521(a)(3) requires a debtor to "... cooperate with the trustee as necessary to enable the trustee to perform the trustee's duties under this title;" and 11 U.S.C. § 521(a)(4) requires a debtor to "...  surrender to the trustee all property of the estate and any recorded information, including books, documents, records, and papers, relating to property of the estate..."

8.  The Debtor's failure to turn over the information and documentation requested in the Document Request not only violates the Debtors' duties under 11 U.S.C. §§ 521(a)(3) and (4), but is prejudicing the Trustee's administration of this Estate.

## II.  Requested Relief

9.  Accordingly, the Trustee seeks entry of an order compelling the Debtor to immediately turn over all information and documentation requested in the Document Request.

**WHEREFORE**, Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Anthony Raymond Maggio, respectfully requests this Honorable Court enter an Order: (1) granting the instant Motion; (2) directing the Debtor immediately turn over all information and

Case No.: 14-33637-BKC-LMI

documentation requested in the Document Request; and (3) granting such other and further relief as this Court deems just and proper.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 9, 2015, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

Anthony Raymond Maggio
12295 SW 47 Street
Miami, FL 33175

        Respectfully submitted,

        /s/ Jessika A. Graham
        Jessika A. Graham
        Fla. Bar No. 72452
        Joel L. Tabas
        Fla. Bar No. 516902
        Tabas, Freedman, & Soloff, P.A.
        Attorneys for Trustee, Joel L. Tabas
        One Flagler Building
        14 Northeast First Avenue - Penthouse
        Miami, Florida 33132
        Telephone:   (305) 375-8171
        Facsimile:   (305) 381-7708
        E-mail: jtabas@tabasfreedman.com