UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

MAGGIO, ANTHONY
SSN:XXX-XX- 4797

Case No.   14-33637-LMI

Chapter 7

_____Debtor_____/

## MOTION TO WITHDRAW AS ATTORNEY

COMES NOW, the undersigned attorney, and pursuant to the applicable rule of bankruptcy procedure files this Motion to withdraw as Attorney and in support would show as follows:

1. On October 24, 2014, the Debtor filed a Petition for Bankruptcy relief under Chapter7.

2. The Debtor's 341 Meeting of Creditors was held on December 1, 2014.

3. On December 10, 2014, Trustee Joel L. Tabas, filed a Notice of Taking Rule 2004 Examination Duces Tecum (DE 30).

4. On December 15, 2014 our office reached out to the Debtor by email and phone in order to notify him of the Examination.

5. On December 17, 2014 our office made a second attempt in contacting our client by email and phone to notify of same.

6. On December 19, 2014 our office was able to contact the debtor.   He advised that he would be producing all documents by Monday December 22, 2014.

7. On December 22, 2014 our office reached out to the debtor by email and phone, anticipating all documents.   Debtor did not respond nor produce the documents.

8. On December 23, 2014, debtor contacted our office stating that he was out of town and would not be able to attend the 2004 Examination and requested a continuance.   Debtor had not produced any documents at this time.

9. After speaking to the Debtor, on December 23, 2014 our office contacted the Trustee's office requesting an extension for the 2004 Examination and document production.   The debtor was given until January 9, 2015 to produce all documents and information.

10. On December 27, 2014 the debtor contacted our office stating that he was back in town and would produce all documents by Monday December 29, 2014.   No documents were produced on December 29, 2014.

11. On January 5, 2015, our office attempted to reach out once again by email and phone. Client did not respond.

12. On January 9, 2015, attorney Alexandra Kontos attempted to contact the Debtor for the last time. The debtor did not respond.

13. As of January 12, 2015, the Debtor has not contacted our office nor produced any of the requested documents, nor has client paid the fees associated with the examination as per the debtor's retainer agreement.

WHEREFORE, undersigned attorney respectfully prays that this Court grants our Motion to Withdraw as Attorney and any such other relief as this court deems necessary and proper.

/s/ **Monica Reyes**
Monica Reyes, Esq.
FBN.: 53119
RKE Law Group
664 E. Hallandale Beach Blvd.
Hallandale Beach, FL 33009
(954) 312-0440
MReyes@Rkelawgroup.com

**The following parties were served via the Notice of Electronic Filing**
Office of US Trustee    USTPRegion21MM.ECF@usdoj.gov

**The following parties were served by Certified Mail**:

Joel L Tabas
14 NE 1 Avenue PH
Miami, FL 33132

Anthony Maggio
12295 SW 47th Street
Miami, FL 33175