UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                    CASE NO.: 14-33637-BKC-LMI
                                                                           Chapter 7
**ANTHONY RAYMOND MAGGIO**
SSN: XXX-XX-4797

　　　　　Debtor(s).　　　　　/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 2, 2015, a true and correct copy of the **Agreed Order Granting Trustee's Second Agreed *Ex Parte* Motion to Extend Time to File Complaint Objecting to Debtor's Discharge [ECF 66]** entered on April 1, 2015, were served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

Anthony Raymond Maggio
12295 SW 47 Street
Miami, FL  33175

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Jessika A. Graham
　　　　　　　　　　　　　　　　　　Jessika A. Graham
　　　　　　　　　　　　　　　　　　Fla. Bar No. 72452
　　　　　　　　　　　　　　　　　　Tabas, Freedman & Soloff, P.A.
　　　　　　　　　　　　　　　　　　Attorneys for Trustee
　　　　　　　　　　　　　　　　　　One Flagler Building
　　　　　　　　　　　　　　　　　　14 Northeast First Avenue - Penthouse
　　　　　　　　　　　　　　　　　　Miami, Florida 33132
　　　　　　　　　　　　　　　　　　Telephone:  (305) 375-8171
　　　　　　　　　　　　　　　　　　Facsimile:  (305) 381-7708
　　　　　　　　　　　　　　　　　　jgraham@tabasfreedman.com