UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                    CASE NO.: 14-33637-BKC-LMI
                                                                          Chapter 7
**ANTHONY RAYMOND MAGGIO**
SSN: XXX-XX-4797

_____Debtor._____/

## TRUSTEE'S MOTION TO COMPEL
## TURNOVER OF NON-EXEMPT PROPERTY

Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Anthony Raymond Maggio (the "Trustee"), through counsel and pursuant to 11 U.S.C. §§ 541 and 542 of the Bankruptcy Code, files this Motion to Compel Debtor to Turnover Non-Exempt Property (the "Motion"), and in support thereof, states as follows:

1.  This case commenced with the filing of a voluntary Chapter 7 Petition by the Debtor, Anthony Raymond Maggio on October 24, 2014. Joel L. Tabas is the duly appointed Chapter 7 Trustee.

2.  The Debtor's Amended Schedule "B" [ECF 77] lists a variety of personal property with a scheduled value of $30,873.20, including, but not limited to, (a) various household goods and furnishings more particularly described on line 4 of the Debtor's Amended Schedule "B" with an aggregate scheduled value of $2,800.00 (the "HHG"); (b) a Rolex watch with a scheduled value of $8,225.00 (the "Rolex"); and (c) a gun with a scheduled value of $1,000.00 (collectively, the "Scheduled Property"). In addition, the Debtor may receive a Federal Income Tax Refund for the period through the Petition Date (the "Refund"). The Scheduled Property and the Refund shall be collectively referred to as the ("Property").

3.  The Debtor claimed a portion of the Property as exempt.

Case No. 14-33637-BKC-LMI

4. Based on a review of the documents provided and other salient information, the Trustee asserts that a portion of the Property may be undervalued.

5. The Debtor disputes certain aspects of the Trustee's analysis.

6. The Trustee has been attempting to negotiate a global settlement with the Debtor for the valuation and repurchase of their non-exempt interest in the Scheduled Personal Property.

7. The Debtor has been unresponsive to the Trustee's proposal.

8. The Debtor's non-exempt interest in the Property is property of the estate pursuant to 11 U.S.C. §541 and subject to turnover.

9. The Debtor's failure to either: (a) repurchase his non-exempt interest in the Property; or (b) turn over his non-exempt interest in the Property to the Trustee is prejudicing the Trustee's administration of this Estate.

10. Accordingly, the Trustee seeks entry of an order compelling the Debtor to either: (a) immediately enter into a stipulation with the Trustee for the valuation and repurchase his non-exempt interest in the Property; or (b) immediately turn over the non-exempt portion of the Property to the Trustee.

**WHEREFORE**, Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Anthony Raymond Maggio, respectfully requests this Honorable Court enter an Order: (1) granting the instant Motion; (2) directing the Debtor to either: (a) immediately enter into a stipulation with the Trustee for the valuation and repurchase his non-exempt interest in the Property; or (b) immediately turn over the non-exempt portion of the Property to the Trustee; and (3) granting such other and further relief as this Court deems just and proper.

TABAS, FREEDMAN & SOLOFF, P.A. · ONE FLAGLER BUILDING, 14 NORTHEAST FIRST AVENUE, PENTHOUSE, MIAMI, FLORIDA 33132 · (305) 375-8171

Case No. 14-33637-BKC-LMI

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on July 21, 2015, to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to the following:

Anthony Raymond Maggio
12295 SW 47 STREET
Miami, FL 33175

          Respectfully submitted,

          /s/ Jessika A. Graham
          Jessika A. Graham
          Fla. Bar No. 72452
          Joel L. Tabas
          Fla. Bar No. 516902
          Tabas, Freedman & Soloff, P.A.
          Attorneys for Trustee, Joel L. Tabas
          One Flagler Building
          14 Northeast First Avenue - PH
          Miami, Florida  33132
          Telephone:  (305) 375-8171
          Facsimile:  (305) 381-7708
          Jtabas@tabasfreedman.com

3

TABAS, FREEDMAN & SOLOFF, P.A. · ONE FLAGLER BUILDING, 14 NORTHEAST FIRST AVENUE, PENTHOUSE, MIAMI, FLORIDA 33132 · (305) 375-8171