UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                          CASE NO.: 14-33637-BKC-LMI
                                                                Chapter 7

**ANTHONY RAYMOND MAGGIO**
SSN: XXX-XX-4797

_____Debtor._____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 4, 2015, a true and correct copy of the **Order Granting Trustee's Fourth Agreed *Ex Parte* Motion to Enlarge Time to File Complaint Objecting to Debtor's Discharge [ECF 84]** entered on July 28, 2015, was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

Anthony Raymond Maggio
12295 SW 47 Street
Miami, FL 33175

                                                                Respectfully submitted,

                                                                /s/ Jessika A. Graham
                                                                Jessika A. Graham
                                                                Fla. Bar No. 72452
                                                                Joel L. Tabas
                                                                Fla. Bar No. 516902
                                                                Tabas, Freedman & Soloff, P.A.
                                                                Attorneys for Trustee, Joel L. Tabas
                                                                One Flagler Building
                                                                14 Northeast First Avenue - PH
                                                                Miami, Florida  33132
                                                                Telephone:  (305) 375-8171
                                                                Facsimile:  (305) 381-7708
                                                                Jtabas@tabasfreedman.com