

ORDERED in the Southern District of Florida on September 4, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

Anthony Raymond Maggio

    Debtor(s).

CASE NO. 14-33637-LMI
CHAPTER: 7

_____/

ORDER GRANTING
REGIONS BANK D/B/A REGIONS
<u>MORTGAGE MOTION FOR RELIEF FROM STAY</u>

    THIS CAUSE came on for consideration pursuant to the Motion For Relief From Stay (Doc # 91) filed by REGIONS BANK D/B/A REGIONS MORTGAGE ("Movant"), a secured creditor in the above-styled cause. The Court, having considered said Motion and the Certificate of No Response, finds it appropriate to grant relief under Local Rule 4001-1(C) without further notice or hearing. Therefore, it is

    ORDERED as follows:

    1.    The Motion for Relief From Stay filed by REGIONS BANK D/B/A REGIONS MORTGAGE is granted.

2. The automatic stay provided by 11 U.S.C. 362 is modified as to REGIONS BANK D/B/A REGIONS MORTGAGE, its Successors and Assigns.   Accordingly, the automatic stay is modified to permit the Movant, its successors and/or assigns, to commence and prosecute a mortgage foreclosure action in state court against real property, the legal description of which is described below.

> **LOT 10, CHARLESTON OAKS, UNIT ONE, ACCORDING TO PLAT THEREOF RECORDED IN THE OFFICE OF THE JUDGE OF PROBATE, MOBILE COUNTY, ALABAMA IN MAP BOOK 41, PAGE 24.**
>
> **a/k/a 7000 CHARLESTON OAKS DR N, MOBILE, AL 36695.**

3. The entry of this Order does not prevent the Debtor(s) from reinstating or paying off the amounts due and owing, including bankruptcy attorney's fees and costs, as permitted by state law and the Note and Mortgage.

4. This Order is entered for the sole purpose of allowing REGIONS BANK D/B/A REGIONS MORTGAGE, its Successors and/or Assigns, to commence, prosecute and complete through judgment, sale, certificate of title and possession, a mortgage foreclosure against the property described above. REGIONS BANK D/B/A REGIONS MORTGAGE, its Successors and/or Assigns, shall not seek or obtain an *in personam* judgment against the Debtor(s).

###

Submitted by:
Teresa M. Hair
FLORIDA BAR NO. 44079
Ronald R Wolfe & Associates, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
Phone (813) 251-4766
Fax (813) 251-1541
bkatt@wolfelawfl.com

B14012733

The Movant is directed to serve copies of this order on the parties listed and file a certificate of service with the Court.

Anthony Raymond Maggio
12295 SW 47 Street

Miami, FL 33175

Alexandra D Kontos, Esquire
RKE Law Group
672 E. Hallandale Beach Blvd.
Hallandale Beach, FL 33009

Joel Tabas, Trustee
14 NE 1 Ave PH
Miami, FL 33132

LYNN MAGGIO
7000 Charleston Oaks Dr N
Mobile, AL 36695

Regions Bank
PO Box 11007
Birmingham, AL 35288

Charleston Oaks Home Association
411 Azalea Road
Mobile, AL 36609

REGIONS BANK D/B/A REGIONS MORTGAGE
PO Box 1860
Memphis, TN 38101-1860

Ronald R Wolfe & Associates, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018

Revenue Commissioner
P.O.Drawer 1169
Mobile, AL 36633

Jessika A Graham
14 NE 1 Ave, PH
Miami, FL 33132