UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  　　　　　　　　　　　　　　　　　　　　CASE NO.: 14-33637-BKC-LMI
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
**ANTHONY RAYMOND MAGGIO**
SSN: XXX-XX-4797
　　　　Debtor(s).　　　　/

### CERTIFICATE OF NO RESPONSE AND REQUEST FOR ENTRY OF ORDER

Joel L. Tabas, as Chapter 7 Trustee of Anthony Raymond Maggio (the "Movant"), has filed Trustee's Motion to Approve Stipulation for Compromise and Settlement Regarding Valuation and Repurchase of Debtor's Non-Exempt Assets (the "Motion") (ECF No. 92), dated August 27, 2015, pursuant to Local Rule 9013-1(D). The Movant hereby represents:

1. The Motion and proposed Order were timely served on all interested parties pursuant to the referenced rule as is shown on the Certificate of Service previously filed with the Motion.
2. The Motion contained the bulletin required by the referenced rule.
3. The deadline for response to the Motion was September 17, 2015.
4. No objections to or requests for hearing on the Motion have been received, and as of October 7, 2015, a check of the electronic entries docketed in this case confirms that no objections to or requests for hearing on the Motion have been filed.

DATED: October 7, 2015.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Jessika A. Graham
　　　　　　　　　　　　　　　　　　　　　　Jessika A. Graham
　　　　　　　　　　　　　　　　　　　　　　Fla. Bar No. 72452
　　　　　　　　　　　　　　　　　　　　　　Joel L. Tabas
　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 516902
　　　　　　　　　　　　　　　　　　　　　　Tabas, Freedman, & Soloff, P.A.
　　　　　　　　　　　　　　　　　　　　　　Attorneys for the Chapter 7 Trustee
　　　　　　　　　　　　　　　　　　　　　　14 Northeast First Avenue - Penthouse
　　　　　　　　　　　　　　　　　　　　　　Miami, Florida 33132
　　　　　　　　　　　　　　　　　　　　　　Telephone: (305) 375-8171
　　　　　　　　　　　　　　　　　　　　　　Telefax: (305) 381-7708
　　　　　　　　　　　　　　　　　　　　　　JTabas@tabasfreedman.com