**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                                                    CASE NO.: 14-33637-BKC-LMI
                                                                                          Chapter 7
**ANTHONY RAYMOND MAGGIO**
SSN: XXX-XX-4797
_____Debtor._____/

### TRUSTEE JOEL L. TABAS' NOTICE OF ABANDONMENT

Joel L. Tabas, Trustee, the duly appointed and acting Trustee (the "Trustee") for the above-captioned estate, pursuant to Bankruptcy Rule 6007, reports that he intends to abandon any interest of the estate in the following property:

**7000 Charleston Oaks Drive North Mobile, AL 36695**

**(the "Property")**

A review of the Debtor's schedules and documents provided by the Debtor reflects that there is minimal, if any, equity in the Property to be administered for the benefit of the Estate. Accordingly, the Trustee asserts that the Property constitutes an administrative burden to this Estate.

**PURSUANT TO BANKRUPTCY RULE 6007, THE PROPOSED ABANDONMENT WILL BE DEEMED APPROVED WITHOUT NECESSITY OF A HEARING OR ORDER, IF NO OBJECTION IS FILED AND SERVED WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE.**

Any objection to this abandonment must be filed with the Clerk of the Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128, with a copy sent to the Trustee.

**I HEREBY CERTIFY** that on October 21, 2015, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to the attached service list.

/s/ Joel L. Tabas
Joel L. Tabas, Trustee
One Flagler Building
14 Northeast First Ave., Penthouse
Miami, FL  33132
Telephone: (305) 375-8171
Telefax: (305) 381-7708

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Admin Recovery Llc
45 Earhart Dr Ste 102
Williamsville, NY 14221-7809

American Express
Po Box 297871
Fort Lauderdale, FL 33329-7871

American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355-1245

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701

Anthony Raymond Maggio
12295 SW 47 Street
Miami, FL 33175-4909

Bankamerica
Po Box 15168
Wilmington, DE 19850

Cach Llc/Square Two Financial
4340 S Monaco
Denver, CO 80237-3408

Cach Llc/Square Two Financial
Attention: Bankruptcy
4340 South Monaco St.  2nd Floor
Denver, CO 80237-3485

Capital  One Na
Attn: General Correspondence
Po Box 30285
Salt Lake City, UT 84130-0285

Capital  One Na
Po Box 30273
Salt Lake City, UT 84130-0273

Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130-0285

Capital Recovery V, LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

Charlotte Lynn Maggio
1405 Oak Tree Ct
Mobile, AL 36609-2205

Chase
Po Box 15298
Wilmington, DE 19850-5298

Chase - Cc
Po Box 15298
Wilmington, DE 19850-5298

Citibank/The Home Depot
Attn: Bankruptcy
Po Box 790328
Saint Louis, MO 63179-0328

Citibank/The Home Depot
Po Box 6497
Sioux Falls, SD 57117-6497

Comenity Bank/vctrssec
220 W Schrock Rd
Westerville, OH 43081-2873

Compass Bank
15 20th St S Fl 9
Birmingham, AL 35233-2011

Credit Systems Intl In
1277 Country Club Ln
Fort Worth, TX 76112-2304

Dsnb Macys
Po Box 8218
Mason, OH 45040-8218

Edc/long Term Rental G
2770 S Mckenzie St
Foley, AL 36535-3410

EMC Mortgage/Chase
3415 Vision Drive
Mail Code OH4-7126
Columbus, OH 43219-6009

EMC Mortgage/Chase
Po Box 15298
Wilmington, DE 19850-5298

GECRB/Lowes
Attention:  Bankruptcy Department
Po Box 103104
Roswell, GA 30076-9104

GECRB/Lowes
Po Box 965005
Orlando, FL 32896-5005

Glelsi/frststr Nk Na C
Po Box 7860
Madison, WI 53707-7860

| | | |
|---|---|---|
| Monica Reyes Esq.<br>RKE Law Group<br>1900 N. Bayshore Drive 1A #127<br>Miami, FL 33132-3002 | PNC BANK, N.A.<br>PO BOX 94982<br>CLEVELAND, OHIO 44101-4982 | Pnc Bank, N.a.<br>1 Financial Pkwy<br>Kalamazoo, MI 49009-8002 |
| Prefcustjewl<br>Cscl Dispute Team<br>Des Moines, IA 50306 | Region/ams<br>North Building 2nd<br>Hoover, AL 35244 | Regions Bank<br>Po Box 11007<br>Birmingham, AL 35288-0001 |
| Regions Mortgage<br>Bankruptcy<br>Po Box 18001<br>Hattiesburg, MS 39404-8001 | Regions Mortgage<br>Po Box 110<br>Hattiesburg, MS 39403-0110 | Sams Club / GEMB<br>Attention:  Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| Sams Club / GEMB<br>Po Box 965005<br>Orlando, FL 32896-5005 | Slm Financial Corp<br>11100 Usa Pkwy<br>Fishers, IN 46037-9203 | Syncb/cca<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 |
| Syncb/gap<br>Po Box 965005<br>Orlando, FL 32896-5005 | T.H.E. Consol USB as Trustee<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | Tdrcs/luxury Jwlry Cls<br>1000 Macarthur Bv<br>Mahwah, NJ 07430-2035 |
| Wellsfargo<br>800 Walnut St<br>Des Moines, IA 50309-3605 | | |