UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                  CASE NO.: 14-33637-BKC-LMI
                                                                        Chapter 7
**ANTHONY RAYMOND MAGGIO**
          Debtor.            /

## REPORT OF SALE

NOTICE IS GIVEN THAT on or about October 19, 2015, the sale of the Estate's interest in the following described items were sold for a total of $9,560.00 to the Debtor, Anthony Raymon Maggio. The sale was completed pursuant to the Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement Regarding Valuation and Repurchase of Debtor's Non-Exempt Assets, dated October 19, 2015, (ECF 99).

- Cash
- Financial Account
- Household Goods
- Wearing Apparel
- Watch
- Gun
- 2000 Lexus
- Transfers

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on January 13, 2016, to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to all interested parties on the attached service list.

    Respectfully submitted,

    /s/ Joel L. Tabas
    Joel L. Tabas
    Chapter 7 Trustee
    14 Northeast First Ave., Penthouse
    Miami, Florida 33132
    Telephone: (305) 375-8171
    Telefax: (305) 381-7708
    JTabas@tabasfreedman.com

| | | |
|---|---|---|
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Admin Recovery Llc<br>45 Earhart Dr Ste 102<br>Williamsville, NY 14221-7809 | American Express<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355-1245 |
| American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | Anthony Raymond Maggio<br>12295 SW 47 Street<br>Miami, FL 33175-4909 | Bankamerica<br>Po Box 15168<br>Wilmington, DE 19850 |
| Cach Llc/Square Two Financial<br>4340 S Monaco<br>Denver, CO 80237-3408 | Cach Llc/Square Two Financial<br>Attention: Bankruptcy<br>4340 South Monaco St.  2nd Floor<br>Denver, CO 80237-3485 | Capital  One Na<br>Attn: General Correspondence<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital  One Na<br>Po Box 30273<br>Salt Lake City, UT 84130-0273 | Capital One, N.a.<br>Capital One Bank (USA) N.A.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 |
| Charlotte Lynn Maggio<br>1405 Oak Tree Ct<br>Mobile, AL 36609-2205 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase - Cc<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Citibank/The Home Depot<br>Attn: Bankruptcy<br>Po Box 790328<br>Saint Louis, MO 63179-0328 | Citibank/The Home Depot<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Comenity Bank/vctrssec<br>220 W Schrock Rd<br>Westerville, OH 43081-2873 |
| Compass Bank<br>15 20th St S Fl 9<br>Birmingham, AL 35233-2011 | Credit Systems Intl In<br>1277 Country Club Ln<br>Fort Worth, TX 76112-2304 | Dsnb Macys<br>Po Box 8218<br>Mason, OH 45040-8218 |
| Edc/long Term Rental G<br>2770 S Mckenzie St<br>Foley, AL 36535-3410 | EMC Mortgage/Chase<br>3415 Vision Drive<br>Mail Code OH4-7126<br>Columbus, OH 43219-6009 | EMC Mortgage/Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| GECRB/Lowes<br>Attention:  Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076-9104 | GECRB/Lowes<br>Po Box 965005<br>Orlando, FL 32896-5005 | Glelsi/frststr Nk Na C<br>Po Box 7860<br>Madison, WI 53707-7860 |

| | | |
|---|---|---|
| Monica Reyes Esq.<br>RKE Law Group<br>1900 N. Bayshore Drive 1A #127<br>Miami, FL 33132-3002 | PNC BANK, N.A.<br>PO BOX 94982<br>CLEVELAND, OHIO 44101-4982 | Pnc Bank, N.a.<br>1 Financial Pkwy<br>Kalamazoo, MI 49009-8002 |
| Prefcustjewl<br>Cscl Dispute Team<br>Des Moines, IA 50306 | Region/ams<br>North Building 2nd<br>Hoover, AL 35244 | Regions Bank<br>Po Box 11007<br>Birmingham, AL 35288-0001 |
| Regions Mortgage<br>Bankruptcy<br>Po Box 18001<br>Hattiesburg, MS 39404-8001 | Regions Mortgage<br>Po Box 110<br>Hattiesburg, MS 39403-0110 | Sams Club / GEMB<br>Attention: Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| Sams Club / GEMB<br>Po Box 965005<br>Orlando, FL 32896-5005 | Slm Financial Corp<br>11100 Usa Pkwy<br>Fishers, IN 46037-9203 | Syncb/cca<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 |
| Syncb/gap<br>Po Box 965005<br>Orlando, FL 32896-5005 | T.H.E. Consol USB as Trustee<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | Tdrcs/luxury Jwlry Cls<br>1000 Macarthur Bv<br>Mahwah, NJ 07430-2035 |
| Wellsfargo<br>800 Walnut St<br>Des Moines, IA 50309-3605 | | |