UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI

In re:    Case No. 14-33637-BKC-LMI
          Chapter 7

**ANTHONY RAYMOND MAGGIO**
SSN: XXX-XX-4797

_____Debtor_____ /

## TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

The trustee herein files this Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on June 27, 2016. If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of the court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 3011.

Dated: June 27, 2016

/s/ Joel L. Tabas
JOEL L. TABAS, Trustee
14 Northeast First Ave., Penthouse
MIAMI, FL  33132
Telephone: (305) 375-8171
Telefax:  (305) 381-7708

# FINAL DISTRIBUTION

| | | |
|---|---|---|
| Case Number: 14-33637    LMI | Page  1 | Date: June 27, 2016 |
| Debtor Name: MAGGIO, ANTHONY RAYMOND | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $0.00 |
| | **Claim Type  -** | | | | | | | |
| | JOEL L. TABAS, TRUSTEE COMPENSATION | Admin | | $1,706.00 | $1,706.00 | $0.00 | $0.00 | $0.00 |
| | | Percent Paid: 100.000000000 % | | | | | | |
| | JOEL L. TABAS, TRUSTEE EXPENSES | Admin | | $35.96 | $35.96 | $0.00 | $0.00 | $0.00 |
| | | Percent Paid: 100.000000000 % | | | | | | |
| | **Subtotal For Claim Type** | | | $1,741.96 | $1,741.96 | $0.00 | $0.00 | |
| | **Claim Type 3110-00 - Atty for Trustee Fees** | | | | | | | |
| | Joel L. Tabas, Esq. | Admin | 001 | $1,500.00 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| | | Percent Paid: 100.000000000 % | | | | | | |
| | **Subtotal For Claim Type 3110-00** | | | $1,500.00 | $1,500.00 | $0.00 | $0.00 | |
| | **Claim Type 3120-00 - Attorney for Trustee Expenses** | | | | | | | |
| | Joel L. Tabas, Esq. | Admin | 001 | $692.49 | $692.49 | $0.00 | $0.00 | $0.00 |
| | | Percent Paid: 100.000000000 % | | | | | | |
| | **Subtotal For Claim Type 3120-00** | | | $692.49 | $692.49 | $0.00 | $0.00 | |
| | Subtotals For Class Administrative    100.000000000 % | | | $3,934.45 | $3,934.45 | $0.00 | $0.00 | |
| | **Claim Type 5800-00 - Clms of Govern'tl Units -** | | | | | | | |
| 000002 | Charlotte Lynn Maggio (2-1) Account Number (last 4 digits):6579 02/25/2016 Order Sustaining Objection to Claim(s) (Re: # 103) (Rodriguez, Olga) Status: Stricken | Priority | 058 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 5800-00** | | | $0.00 | $0.00 | $0.00 | $0.00 | |
| | Subtotals For Class Priority    0.000000000 % | | | $0.00 | $0.00 | $0.00 | $0.00 | |
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000001 | PNC BANK, N.A. (1-1) COLLATERAL=UNSECURED POINTS VISA ICS  7498 (1-1) SUBMITTED BY C SWIDER | Unsec | 070 | $11,486.12 | $667.87 | $10,818.25 | $0.00 | $0.00 |
| | | Percent Paid: 5.814583166 % | | | | | | |
| 000003 | T.H.E. Consol USB as Trustee (3-1) Account Number (last 4 digits):4797 | Unsec | 070 | $75,712.78 | $4,402.38 | $71,310.40 | $0.00 | $0.00 |
| | | Percent Paid: 5.814579784 % | | | | | | |
| 000004 | American Express Centurion Bank | Unsec | 070 | $6,574.66 | $382.29 | $6,192.37 | $0.00 | $0.00 |
| | | Percent Paid: 5.814597257 % | | | | | | |

# FINAL DISTRIBUTION

| Case Number: 14-33637  LMI | Page 2 | Date: June 27, 2016 |
|---|---|---|
| Debtor Name: MAGGIO, ANTHONY RAYMOND | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | | |
| 000005 | Capital Recovery V, LLC | Unsec | 070 | $2,379.52 | $138.36 | $2,241.16 | $0.00 | $0.00 |
| | (5-1) LOWES CONSUMER | | Percent Paid: 5.814618074 % | | | | | |
| | **Subtotal For Claim Type 7100-00** | | | $96,153.08 | $5,590.90 | $90,562.18 | $0.00 | |
| | Subtotals For Class Unsecured | 5.814582331 % | | $96,153.08 | $5,590.90 | $90,562.18 | $0.00 | |
| << Totals >> | | | | $100,087.53 | $9,525.35 | $90,562.18 | $0.00 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.