CGFD28 (10/01/16)



ORDERED in the Southern District of Florida on November 14, 2016

**Laurel M Isicoff**
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 14–33637–LMI
Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Anthony Raymond Maggio
12295 SW 47 Street
Miami, FL 33175

SSN: xxx–xx–4797

## FINAL DECREE

The trustee, Joel L Tabas, having filed a final report that the estate has been fully administered, is discharged and the case is closed.